## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: **19-02976-jw**

## ORDER GRANTING RELIEF FROM STAY BASED UPON FAILURE TO COMPLY WITH SETTLEMENT ORDER

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**03/30/2022**



Entered: 03/30/2022

*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>TALMAGE RUSSELL LEWIS MARTIN<br><br>Debtor(s). | C/A No. 19-02976-jw<br><br>Chapter 13<br><br>**ORDER GRANTING<br>RELIEF FROM STAY<br>BASED UPON FAILURE TO COMPLY<br>WITH SETTLEMENT ORDER** |

This matter comes before the Court upon the Affidavit of Default filed by U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust ("Movant"), which indicates that Debtor(s) have failed to comply with the terms of the Settlement Order entered on November 5, 2021, by failing to make the payment(s) due on November 1, 2021 to February 1, 2022 in accordance with the Settlement Order. Therefore, it is

ORDERED that relief from the automatic stay is granted as to the property described as 142 Silverwood Trail, Columbia, SC 29229, and that Movant may proceed with its state court remedies against the property, including sending any required notice to Debtor(s). The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order.

IT IS FURTHER ORDERED that:

☒ Based upon Debtor(s)' prior agreement to Movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

**AND IT IS SO ORDERED.**